# EXHIBIT  G

*Williams, Antoinette* (handwritten)

## CARVAJAL, MELISSA

| | |
|---|---|
| **From:** | SEARS, YVONNE N |
| **Sent:** | Thursday, January 16, 2014 4:30 PM |
| **To:** | TAUB, KENNETH |
| **Cc:** | CARVAJAL, MELISSA |
| **Subject:** | FW: RE:L Nicole and Antoinette Williams - Ind # 2406/11 |

FYI – 1/16/14

IOJ called and and advised that Antoinette Williams paperwork was approved by NYCHA as Head of Household, the back rent owed was adjusted to Antoinette's budget, the amount owed is $1,326.00,  IOJ advised her to go to Public Assistance and see if they are willing to help her.  (Would not be approved for an apartment unless back rent is paid).

**From:** SEARS, YVONNE N
**Sent:** Tuesday, January 14, 2014 7:18 PM
**To:** CARVAJAL, MELISSA
**Subject:** RE:L Nicole and Antoinette Williams - Ind # 2406/11

FYI – 1/14/14

IOJ called and advised that Nicole Williams advised NYCHA she wants to be out of NYCHA permanently and does not wish to be Head of Household any longer,  Antoinette Williams will submit paperwork to NYCHA to be Head of Household, after paperwork is submitted and if approved by NYCHA a re-adjustment would be made to Antoinette's budget, also currently back rent is owed on apartment.  IOJ thinks Nicole maybe living elsewhere.

1