UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X
                                       :

RODGER FREEMAN,                      :

                                   :   **NOTICE OF MOTION**

               Plaintiff,        :   **TO UNSEAL**

                                   :

      -against-                 :   24 CV 1267 (BC) (MMH)

                                   :

THE CITY OF NEW YORK; NYPD     :
DETECTIVE JOHN MCDONALD;      :
NYPD DETECTIVE CHRISTOPHER   :
OBDYKE; and NYPD POLICE       :
OFFICER MIGUEL VARGAS,       :

                                   :

             Defendants.     :

                                   :
———————————————————————X

PLEASE TAKE NOTICE that upon the Declaration of Andrew M. Stengel, the attached exhibits, memorandum of law, and all prior proceedings had herein, Plaintiff Rodger Freeman will move this Court before the Honorable Marcia M. Henry, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by this Court, for an order unsealing the Kings County District Attorney's case files for three arrests and/or criminal cases of the main prosecution witness against Freeman in the dismissed criminal prosecution underlying this 42 U.S.C. § 1983 action, and for such further relief as this Court deems proper.

Dated:        November 14, 2025
              New York, New York


Andrew M. Stengel, Esq.
The Law Firm of Andrew M. Stengel, P.C.
*Attorneys for Rodger Freeman*
11 Broadway Suite 715
New York, New York, NY 10004
Phone: (212) 634-9222
Fax: (212) 634-9223
Email: andrew@stengallaw.com


To:    Clerk
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, New York 11201

       John Carroll
       Zachary Sider
       Civil Litigation
       Kings County District Attorney
       350 Jay Street
       Brooklyn, New York 11201
       CARROLLJ@BrooklynDA.org
       SIDERZ@brooklynda.org
       (*Attorneys for non-party the Kings County District Attorney's Office*)

       Evan Gottstein
       Assistant Corporation Counsel
       New York City Corporation Counsel
       100 Church Street
       New York, New York 10007
       egottste@law.nyc.gov
       (*Attorneys for Defendants*)