# EXHIBIT  A

guys, I heard what they were arguing about and I know them both.

That evidence, under these circumstances, made Kenneth Williams the most important witness against Terell Viera. So, if you just start with that, the motive that Terell Viera had at that point, like the police did, Kenneth Williams is for all intents and purpose, when the police get there, he's going to be in the hospital. He's going to be sedated for almost a month. So, you have that. You have, well, who would have the motive to do this guy.

So, now you have Terell Viera's name and you know that he's been in jail since December of 2008. So, what do you do as the detective? You know that if Terell Viera was in jail and he's making phone calls, those phone calls are recorded. So, what do you do? You go and you try and get the phone calls that Terell Viera was making and you go, go to relevant times, right? You go to the time that certain information would have been passed to him, and then you go to the time that Terell Viera was going to start his trial.

So, that's what the detectives did. They took that motive, Terell Viera, their common sense, just like you should use your common sense, and then tried to figure out if Terell Viera was responsible for this. So, what's the next piece of evidence you have? So, after, you have the fact that Terell Viera was the only person on the planet on January 17th of 2011

ld

Proceedings                                        20

that had a reason to want Kenneth Williams dead.

You then go to his recorded phone calls.  So, then, what you have is you have his phone calls from July of 2009 when you know, as we'll see from the tape that Mr. Udell and then, in turn, his client had received the video surveillance that you just saw.

(Audio recording played.)

MS. CARVAJAL:  And this is a call that Terell Viera makes to his girlfriend, Kiera Adams, and then asks her to call his attorney, Mr. Udell.

(Audio recording played.)

MS. CARVAJAL:  Okay.  So, what are they talking about there?  We just discussed with the video the timing is off because Iverson is dead by 11:30.  So, clearly, it was not 12:20.  They had been in the store.  It was 11:20, so they're discussing the video they just received or that they just got.

(Audio recording played.)

MS. CARVAJAL:  Now, Mr. Udell tells him that no one that's calling 911 is saying that they saw a shooting. Nobody is alleging that Mr. Udell did something wrong, but the call is introduced to show you what the state of mind was of Terell Viera back in July of 2009.

The fact is is that his attorney is telling him the 911 callers, nobody saw anything, which Mr. Udell told

ld

you would have learned, this isn't about drugs, the fact that he may get drugs if they come up, that's a collateral benefit to him, but here he's saying, I went to court today, if you were to come to court, you would know.  We weren't talking about marijuana in Riker's Island at his pretrial hearing.  What we were talking about in court was who ID'ed you and who's going to come in and testify against you.

(Audio recording played.)

MS. CARVAJAL:  And there it is, he got the paperwork, now he can tell which one of those witnesses in the store is the one that's cooperating with the police and he knows it's Kenneth Williams.

(Audio recording played.)

MS. CARVAJAL:  So, now he is alerted his brother, Shamar Viera, Running Man, Running Man is one of the witnesses, right?  Now he has limited time.  His hearing was on January 11th, his trial's starting January 18th, so he knows the calls are recorded, so he's got to give the nickname.

The defense got up here and told you, oh, Running Man in the drug trade is the guy that runs the drugs.  Where's the evidence of that?  When I said to you in the beginning of my closing statement that there are certain things that are just manufactured, that are just made up,

ld

Running Man is Kenneth Williams' name. It has nothing to do with drugs.

The guy works at a grocery store seven days a week for twenty dollars a day. He is like a fixture at the store. He's not running drugs. The fact that the defense attorney said that, again, with no proof, with no evidence, so that's what I'm saying, that your job is to go on the evidence, not baseless speculation.

Now he alerts his brother, Shamar, Running Man. And he's telling him, when you leave the visit, you're going to know what I know. Terell is the one that's going to impart the information on them. He's not asking for something in return.

Now you have a second person there, a second guy gets on the phone.

(Audio recording played.)

MS. CARVAJAL: Now, two things, you're going to hear this guy has to go to parole and then you're also going to hear that this was his birthday the day before, which would be January 10th. And you know Damian James, Papi, his birthday is January 10th, and you know he was being violated on parole when the police got him. So, I'm submitting to you this person on the phone is Damian James, the second guy, the second male voice, excuse me, if you had come to court, you would have heard, you

ld