# EXHIBIT  B

# ODwyer GArden House

2935-37 W 33St        2940-42 W 33St





Kenneth williams
NYSID # 11227489









PLAINTIFF-116863

Narcotics & Gun    (Hard Body Crew)

2951·53 W 33 St



PLAINTIFF-116864



O'Dwyer Garden House

2935-37 W 33 St          2940-42 W 33 St

Kenneth Williams
NYSID #11227489
D/o/B- 6/19/83

Narcotics & Gun    (Hard Body Crew)

2951-53 W 33 St

Duane
B. Illegi