# EXHIBIT  C



**DISTRICT ATTORNEY**

**KINGS COUNTY**

350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Kenneth P. Thompson**
District Attorney

**Melissa L. Carvajal**
Counsel- Homicide Bureau

Mr. Bernard Udell
Mr. John Rodriguez
Mr. Shamar Viera

VIA: Personal Service

RE:  People v. ▮▮▮▮ Viera, Shamar Viera, Rodger Freeman
Indictment Number 2406/2011

To Whom it May Concern:

Pursuant to the shooting and attempted murder of witness Kenneth Williams on January 17, 2011, the People paid to relocate Kenneth Williams. Further due to the witness being shot, the People provided nominal transportation expenses for doctor follow-up visits and nominal living expenses, to wit $100/week for the year following the shooting.

Please call me at (▮▮▮) ▮▮▮-▮▮▮▮ if you have any questions. Thank you for your prompt attention to this matter.

Very truly yours,

Melissa L. Carvajal

Assistant District Attorney