# EXHIBIT  D



**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908

**CHARLES J. HYNES**
*District Attorney*

## Agreement for Voluntary Custody

I, __Kenneth Williams__ am freely and voluntarily accepting relocation assistance from the Witness Relocation Program of the Kings County District Attorney's Office. As a participant in this program, I understand and agree to the following rules and procedures:

1. I am entering into a voluntary custody at a confidential location.
2. I may not disclose the location where I will be staying.
3. I may not give out the telephone number of the location where I will be staying.
4. I may not have visitors at the location where I will be staying.
5. I may not use the telephone located in my room. All of my personal calls are to be made from a coin operated or cellular telephone.
6. I may not use pay TV services in my room.
7. I may not order meals through room service.
8. I may not return to or revisit the neighborhood where I was moved from or where the incident occurred.
9. I may not conduct myself in any manner that will jeopardize the confidentiality and/or safety of myself or the relocation program.

I understand that the conditions set forth above are for my own protection, and apply to all persons in the voluntary custody. Violation of any of the rules or procedures discussed above by any person in this voluntary custody will result in immediate termination of this custody and dismissal from the Relocation Program.

Signature: _Kenneth White_

Date: _07/16/11_

Witness: _SDI_

## WITNESS INFORMATION SHEET

Witness: _Kenneth Williams_

Defendant(s) Name(s): _VIERA, T_   Ind / ~~Dkt~~ #: _12802/08_

Zone: _Homicide_ ADA: _CARVAJAL_   Ext: ███

Witness Address ███████████████   Tel #: ███████████

Cell # ███████████

New Address: ███████████████   Tel # ███████████

Cell #. _____

✱ •Hotel ████████████   Custody #: _3188_   Rm # ███

Date Opened: _2/16/11_   Approved By: _J· O' MARA_

Date Closed: _1/13/12_   Approved By: _"    "    "  "_

---

•Hotel: _____   Custody #: _____   Rm #: _____

Date Opened: _____   Approved By: _____

Date Closed: _____   Approved By: _____

---

•Hotel: _____   Custody #: _____   Rm #: _____

Date Opened: _____   Approved By: _____

Date Closed: _____   Approved By: _____

| DATE | REASON | AMOUNT |
|---|---|---|
| 2/16/11 | Meals | $125·00 |
| 2/23/11 | Meals | 125·00 |
| 3/2/11 | Meals | 125·00 |
| 3/9/11 | Meals | 125·00 |
| 3/16/11 | Meals | 125·00 |

| DATE | REASON | AMOUNT |
|---|---|---|
| 3/23/11 | Meals | 125.00 |
| 3/30/11 | Meals | 125.00 |
| 4/6/11 | Meals | 125.00 |
| 4/13/11 | Meals | 125.00 |
| 4/20/11 | Meals | 125.00 |
| 4/27/11 | Meals | 125.00 |
| 5/4/11 | Meals | 125.00 |
| 5/11/11 | Meals | 125.00 |
| 5/18/11 | Meals | 125.00 |
| 5/25/11 | Meals | 125.00 |
| 6/1/11 | Meals | 125.00 |
| 6/8/11 | Meals | 125.00 |
| 6/15/11 | Meals | 125.00 |
| 6/22/11 | Meals | 125.00 |
| 6/22/11 | Money Order (M.L.C.) | 36.00 |
| 7/1/11 | Meals | 125.00 |
| 7/6/11 | Meals | 125.00 |
| 7/13/11 | Meals | 125.00 |
| 7/20/11 | Meals | 125.00 |
| 7/27/11 | Meals | 125.00 |

19

| DATE | REASON | AMOUNT |
|---|---|---|
| 8/3/11 | Meals | 125.00 |
| 8/10/11 | Meals | 125.00 |
| 8/17/11 | Meals | 125.00 |
| 8/24/11 | Meals | 125.00 |
| 8/31/11 | Meals | 125.00 |
| 9/7/11 | Meals | 125.00 |
| 9/14/11 | Meals | 125.00 |
| 9/23/11 | Meals | 125.00 |
| 9/28/11 | Meals | 125.00 |
| 10/5/11 | Meals | 125.00 |
| 10/12/11 | Meals | 125.00 |
| 10/19/11 | Meals | 125.00 |
| 10/26/11 | Meals | 125.00 |
| 11/2/11 | Meals | 75.00 |
| 11/9/11 | Meals (11/2-11/9) | 50.00 |
| 11/9/11 | Meals | 125.00 |
| 11/16/11 | Meals | 125.00 |
| 11/23/11 | Meals | 125.00 |
| 11/30/11 | Meals | 125.00 |

| DATE | REASON | AMOUNT |
|------|--------|--------|
| 12/7/11 | Meals | 125.00 |
| 12/14/11 | Meals | 125.00 |
| 12/21/11 | Meals | 125.00 |
| 12/27/11 | Meals | 125.00 |
| 12/27/11 | Rent | 853.00 |
| 1/4/12 | Meals | 125.00 |
| 1/12/12 | Moving Fees | 1160.05 |
| 8/29/12 | Car Fare | 5.00 |

## ACTIVITY LOG

| Date | Results |
|------|---------|
| 3/30/11 | Received call from hotel mgr - Mr. Williams ████ was not seen for a couple of days (3-4) at hotel, hotel checked room - bed made up (not slept in) but belongings still in room; advise supr Crampus + ADA. Carvajal of above. LB |
| | *Please NOTE: Hotel call last week (3/23 or 3/24) with same concern. LB |
| 5/18/11 | Mr. Williams informed me - his wedding plans is "on hold" for now - he has to have surgery in July/Aug + he has to take care of things; advise supr Crampus of phone + e-mail ADA. Carvajal. LB |
| 5/23/11 (NYCHA) | Case conferenced with John O'Mara, ADA Melissa Carvajal + myself. It was determined that within the next three weeks (6/20/11) Mr. Williams must have been added to Ms ████ lease or she will be terminated from the program. We will file a NYCHA application as a new applicant for Mr. Williams if he is not added to her lease. M Crampus |
| 6/2/11 | Filed p/w for Birth Certificate for Mr. Williams. Spoke with Mr. Williams - received B.C. today. filed application. LB |
| 6/22/11 | Mr. Williams + Ms ████ come into office + let us know they were on their way to get married. (See p/w in file). LB |
| 12/20/11 | Accepted npt. LB |

## ACTIVITY LOG

**DATE**     **RESULTS**

8/22/12 · Contacted by Mr. Williams and he requested a letter verifying that he had been in the Witness Relocation Program and for how long. Mr. Williams said they are in arrears on the rent and he believes it is from the period of time while they were in the hotel. M Grampus

8/29/12   Mr. Williams came in & picked up the letter. He also mentioned that they are $3,000.00 in arrears & they may not have turned in their key to NYCHA when they left.   M Grampus

  

Application for [ ]
New York State Crime Victims
to Apply for Compensation
Answer all questions.
2011 MAR 30  PM

Kenneth A Williams

| Victim Assistance Program Use Only | | |
|---|---|---|
| VA VAP ID# **095** Program ID **718 0503102** | Program Name **KCDA/VSU** | Advocate Name **MICHAEL WRIGHT** Advocate Email **WRIGHTMI @ BROOKLYNDA.ORG** |

**1   Tell us about the victim.**

| Last Name **Williams** | First Name **KENNETH** | MI **A** | Social Security #  ☐ Check here if you do not have one. | Date of Birth |
|---|---|---|---|---|

Mailing

Street ......................................................... County ............ State (or Foreign Country)  Zip Code

Race/Ethnicity:  ☐ White  ☒ Black  ☐ Asian/Pacific Islander  ☐ Hispanic  ☐ American Indian/Alaskan Native  ☐ Other  ☐ Unknown

Marital Status:  ☒ Single  ☐ Married  ☐ Divorced  ☐ Separated  ☐ Widowed  ☐ Lives with partner

Gender:  ☒ Male  ☐ Female      Was the victim disabled at the time of the crime?  ☐ Yes  ☒ No  ☐ Unknown

How did you first hear about the *Crime Victims Compensation Program?*

☐ Police  ☐ Hospital  ☒ District Attorney  ☐ Victim Assistance Program  ☐ Radio/TV  ☐ Brochure/Poster  ☐ Internet  ☐ Other

**2   If you are *not* the victim, and are signing this claim, tell us about you.** (See "Who can sign the claim?" on the instructions page.)

| Last Name | First Name | MI | Social Security #  ☐ Check here if you do not have one. | Date of Birth |
|---|---|---|---|---|

Mailing Address:

Street    Apt. # (or P.O. Box)          City          County          State (or Foreign Country)  Zip Code

What is your relationship to the victim? (*Check only one.*)
☐ Parent  ☐ Spouse  ☐ Child  ☐ Guardian  ☐ Attorney  ☐ Other (*Explain*): _____

**3   Tell us about the crime.** (*Check only one.*)

| The victim died because of: | The victim was injured because of: | | The victim lost essential personal property because of: | |
|---|---|---|---|---|
| ☐ Motor Vehicle (DWI) | ☒ Assault | ☐ Stalking | | |
| ☐ Motor Vehicle (Other) | ☐ Sexual Assault | ☐ Kidnapping | ☐ Burglary/Robbery | ☐ Arson |
| ☐ Terrorism | ☐ Child Physical Abuse | ☐ Terrorism | ☐ Motor Vehicle (DWI) | |
| ☐ Arson | ☐ Child Sexual Abuse | ☐ Arson | ☐ Motor Vehicle (*not DWI*) | |
| ☐ Human Trafficking | ☐ Motor Vehicle (DWI) | ☐ Robbery | ☐ Human Trafficking | |
| ☐ Other Homicide | ☐ Motor Vehicle (*not DWI*) | ☐ Human Trafficking | ☒ Other (*Explain*): **ASSAULT** | |
| | ☐ Other (*Explain*): | | | |

Where did the crime happen? (*Check only one.*)  ☐ Work  ☐ Owned residence  ☒ Apt. Bldg.  ☐ Public Street
☐ Subway/Bus  ☐ Parking Lot  ☐ Restaurant/Bar  ☐ School/School grounds  ☐ Shopping Mall  ☐ Other (*Explain*): _____

Was this a domestic violence crime? .................................................... ☐ Yes  ☒ No  ☐ Unknown
Was the victim driving a livery cab when the crime happened? ................. ☐ Yes  ☒ No  ☐ Unknown
Was the victim's property lost or damaged while trying to prevent or stop a
crime against someone else or while helping the authorities stop the crime? .... ☐ Yes  ☒ No

Crime Report #. **00818**   Police or criminal justice agency reported to: **60ᵗʰ Pct.**
County where crime happened **KINGS**   Date of crime: **11/2/08**   Date crime was reported: **11/2/08**

If more than 7 days between the date of crime and date the crime was reported, explain why: _____

If more than 1 year between the date of crime and the date you are filing this claim, explain why: _____

Describe the crime in your own words: **DEFENDANT SHOT VICTIM 4X IN ~~ABDOMEN~~ CHEST + LEG IN CONNECTION WITH PRIOR HOMICIDE**

Rev. April 2008                                                                                   Page 1 of 4 →

4   **Tell us about the suspect.** Suspect's name *(if you know):* __TERELL VIERA__

Has the suspect been arrested for this crime? ............. ☒ Yes ☐ No

Has the suspect been prosecuted for this crime? ........ ☐ Yes ☐ No    ☒ Pending

Does the suspect live in the same house as the victim
OR is the suspect a member of the victim's family? ...... ☐ Yes ☒ No

Has the court issued an order of protection in this case?. ☒ Yes ☐ No *(If Yes, attach a copy.)* UNABLE TO OBTAIN AT THIS TIME

Did the court order the suspect to pay restitution? ........ ☐ Yes *(Amount $_____ )* ☒ No ☐ Pending

5   **Tell us about your expenses related to this crime.** *(Check all that apply.)*

☒ Medical            ☒ Medical transportation        ☐ Funeral/Burial        ☐ Court Transportation
☐ Crime Scene Cleanup   ☐ Loss of Support            ☐ Lost Wages           ☐ DV Shelter or Moving
☐ Security Device/System  ☐ Vocational/Rehabilitation   ☐ Counseling           ☒ Essential Personal Property
☐ Other *(Explain):* _____

6   **List any essential personal property, like cash, eyeglasses, or clothing that needs to be replaced because of this crime.** *(If none, skip to 7.)*

| Describe what was lost/damaged: | Cost | Describe what was lost/damaged: | Cost |
|---|---|---|---|
| 1. clothing/shoes | $ 200 | 4. | $ |
| 2. phone | $ 300 | 5. | $ |
| 3. | $ | 6. | $ |

| Homeowner/Renter Insurance Company | Policy or ID # | Deductible $ |
|---|---|---|
| Auto/Other Insurance Company | Policy or ID # | Deductible $ |

— **If there were no injuries and you are only asking for essential personal property benefits, skip to 15.** —

7   **If the victim was injured or died because of this crime, fill out below.**

Describe the victim's injuries, briefly: __GUNSHOT WOUNDS TO TORSO/ABDOMEN + LEG__

Did the victim receive any medical treatment? ☒ Yes ☐ No *(If No, skip to section 8.)*

Tell us about the health professionals who treated the victim for injuries related to this crime:

| | Name | Address | Phone # |
|---|---|---|---|
| First Hospital | BROOKDALE HOSP. | ONE BROOKDALE PLZ Brooklyn NY 11212 | (718) 240 5000 |
| Other Hospital | | | ( ) |
| First Doctor (not in hospital) | | | ( ) |
| Other Doctor | | | ( ) |
| First Dentist | | | ( ) |
| Victim's Counselor | | | ( ) |

8   **Tell us about the victim's dependents or others who depended on the victim for support.** *(If none, skip to 9.)*

| | Name | Social Security # | Date of Birth | Relationship to Victim |
|---|---|---|---|---|
| Dependent | ██████████ | ████████ | ████████ | SON — Are you the legal guardian? ☒ Yes ☐ No |
| Other Dependent | Name | Social Security # | Date of Birth | Relationship to Victim — Are you the legal guardian? ☐ Yes ☐ No |
| | Address | | | |
| Other Dependent | Name | Social Security # | Date of Birth | Relationship to Victim — Are you the legal guardian? ☐ Yes ☐ No |
| | Address | | | |

If more than 3 dependents, attach a separate sheet and check here: ☐

Rev. April 2008                                                                 Page 2 of 4 →

PLAINTIFF-085549

**9  Did anyone besides the victim receive counseling because of this crime?** *(If no, skip to 10.)*

| Who received counseling? | Relationship to Victim | Insurance company billed for counseling | Policy or ID # |
|---|---|---|---|
| | | | |

Counselor's name, address and phone #:

| Who else received counseling? | Relationship to Victim | Insurance company billed for counseling | Policy or ID # |
|---|---|---|---|
| | | | |

Counselor's name, address and phone #:

If more than 2 people received counseling because of this crime, check here and attach a separate sheet to describe. ☐

**10  List any insurance covering the victim or the victim's dependents.** *If no insurance, write "None" below.*
*If you have applied but are not covered yet, write "Pending" under Policy or ID #.*

| | Policy or ID # | Name of person(s) covered by this insurance: |
|---|---|---|
| Primary Insurance Company  *MEDICAID* | | |
| Major Medical Insurance Company | Policy or ID # | Name of person(s) covered by this insurance: |
| Other Insurance *(Union, Dental, Vision, etc.)* | Policy or ID # | Name of person(s) covered by this insurance: |
| Medicare | Policy or ID # | Name of person(s) covered by this insurance: |
| Medicaid | Policy or ID # *ZEH2913P* | Name of person(s) covered by this insurance: *KENNETH A. WILLIAMS* |
| Workers' Compensation | Policy or ID # | Name of person(s) covered by this insurance: |
| Auto Insurance | Policy or ID # | Name of person(s) covered by this insurance: |
| Other insurance | Policy or ID # | Name of person(s) covered by this insurance: |

**11  Tell us about the victim's employment and insurance for Lost Wages.**
**If you do not want us to contact your employer, you cannot ask to be reimbursed for Lost Wages.** *(Skip to 12.)*

Was the victim employed when the crime happened?  ☒ Yes  ☐ No  *(If No, skip to 12.)*
Did the victim miss work because of the crime?  ☐ Yes  ☒ No
Was the victim self-employed?  ☐ Yes  ☒ No *(If Yes, attach copies of last year's federal tax return and all schedules.)*
Employer's Name, Address, and Phone #:

| Employer | Street | City | State | Zip Code | Phone # |
|---|---|---|---|---|---|
| | | | | | ( ) |

Other Employer's Name, Address, and Phone #:

| Employer | Street | City | State | Zip Code | Phone # |
|---|---|---|---|---|---|
| | | | | | ( ) |

Name, Address, and Phone # of doctor who certified victim could not go to work:

| Doctor | Street | City | State | Zip Code | Phone # |
|---|---|---|---|---|---|
| | | | | | ( ) |

Tell us about any insurance company that will cover the victim's lost time at work. *(If none, write "None" below and skip to 12.)*

| 1. Unemployment Insurance | Policy or ID # or "None" | 5. Social Security Benefits | SSN |
|---|---|---|---|
| 2. Disability Insurance | Policy or ID # or "None" | 6. SSI Benefits | SSN |
| 3. Pension Plan | Policy or ID # or "None" | 7. Workers' Compensation | Policy or ID # or "None" |
| 4. Other insurance | Policy or ID # or "None" | 8. Other insurance | Policy or ID # or "None" |

**12  If the victim died, fill out below if you have any burial expenses.** *(If not, skip to 14.)*
*Also, attach a copy of the funeral home contract, other bills for burial expenses, and a photocopy of the Death Certificate, if you have them.*

Name of Funeral Home: _____  Phone #: ( )

Address: _____
Street            City            State            Zip Code

Rev. April 2008

Page 3 of 4 →

**13  If the victim died, tell us about any life insurance and death benefits.**
*(If the victim did not die, or does not have any life insurance or death benefits, skip to 14.)*

|  | Company Name | Address | Phone # | Policy or ID # |
|---|---|---|---|---|
| Life Insurance | | | (___)___ | |
| Pension Plan | | | (___)___ | |
| Other Insurance/Plan | | | (___)___ | |
| Medicaid | | | (___)___ | |
| Workers' Compensation | | | (___)___ | |

If any other insurance or death benefits, list here: _____

Do any of these policies cover the victim's burial expenses?  ☐ Yes  ☐ No

Has anyone applied for the Social Security Death Benefit?  ☐ Yes  ☐ No

**14  Tell us about your financial situation. You must fill out ALL sections below. If none, enter zero (0).**

How many dependents do you have? ____ 1 ____

What is your total annual income (from ALL sources)? If you are not sure, estimate: $ _523/month (SSI)_

List ALL your assets and ALL your debts below. If you are not sure, estimate.

| Your Assets – If none, enter zero (0). | | Your Debts – How much do you owe now? | |
|---|---|---|---|
| | | | If none, enter zero (0). |
| Savings, stocks, bonds | $ 0 | Mortgage | $ 0 |
| Real Property (house, etc.) | $ 0 | Loans | $ 0 |
| Proceeds from life insurance | $ 0 | Other | $ 0 |
| Other | $ 0 | | |

**15  If a private lawyer is helping with this claim, fill out below.**

|  |  |  | (___)___ |
|---|---|---|---|
| Name of Law Firm | Lawyer's Name | Address | Phone # |

**16  Claimant's Authorization:** I ACKNOWLEDGE that accepting an award from the Crime Victims Board (Board) creates a lien in favor of the State of New York on any recovery relating to the crime upon which this claim is based, including any judgment, settlement or order of restitution. I further authorize any funeral director, attorney, employer, police or other public authority, insurance company or any person who rendered services to the above, or having knowledge of the same, to furnish the Board or its representatives the following information: Worker's Compensation records, information relating to the crime or any injuries or death suffered as the result of the crime, and information relating to this claim. If an award is made, I authorize the Board to make payments directly to the provider of services. I also authorize the Board to share my information and records compiled for this claim with the local Victim Assistance Program (VAP) in order for the VAP to assist the Board in processing my claim and making its determination. If a private lawyer has been indicated above, I also authorize the Board to share my information and records compiled for this claim with the lawyer in order for him/her to act as my representative. I understand a separate Notice of Appearance from my lawyer will be needed in addition to this authorization.

**A photocopy of this authorization shall be deemed as effective as the original.**

| Kenneth Williams | 3-23-11 | |
|---|---|---|
| Claimant's Signature | Date | Daytime Phone # |

Email: _____  Language you prefer to speak: ☐ English ☐ Spanish ☐ Other ____

**To process your claim, mail us the following documents. *(Keep a copy for your records.)***

- All bills and receipts for services listed on this form
- Your completed, signed claim form
- One completed HIPAA form for each service provider listed on this form (You can photocopy the HIPAA form.)
- Letters from any insurers denying or authorizing payment for the services listed on this form.

*Remember:* You must bill your insurance company or benefits plan **before** the Board can pay.

**Mail your documents to:**
New York State Crime Victims Board
1 Columbia Circle, Suite 200
Albany, NY 12203-6383

Rev. April 2006

Page 4 of 4

PLAINTIFF-085551

**OFFICE OF THEDISTRICT ATTORNEY,KINGSCOUNTY**

**RENAISSANCEPLAZAat350 JAYSTREET**
**BROOKLYN,N.Y.11201-2908**
**(718)250-2000**

**CHARLES J.**
**HYNES**

*District Attorney*

**Melissa L. Carvajal**
*Assistant District Attorney*

July 26, 2011

Ms. Nora Lazzaro, Director



RE:

Dear Ms. Lazzarro:

I am writing to respectfully request that you expedite the application of Ms. ▉▉▉▉▉. Ms ▉▉ is interested in applying for a New York City Housing transfer.

Ms. ▉▉▉▉▉ and her family have cooperated with our office and with the New York City Police Department in a murder case that is being prosecuted by our office, before Judge Firetog, Part 7, Kings County Supreme Court; as a result of their cooperation they have been threatened. In that case Ms. ▉▉▉▉▉ husband,

Kenneth Williams witnessed an individual murder another individual. Terell Viera was arrested and indicted by our office under Indictment Number 12802/2008 for Murder in the Second Degree and Criminal Possession of a Weapon in the Second Degree and other related charges for the shooting and killing of Elsmaker Iverson. The defendant is known to our office as a know Blood gangs member and is extremely dangerous. Subsequent to the defendant's killing of Mr. Elsmaker, the defendant had been arrested over fifteen times (including three different charges for possession of a firearm). Veira's murder trial was set to commence on January 18, 2011. However, on January 17, 2011, a witness in the case was shot three times. Viera has been indicted under Kings County 2406/2011 for Conspiracy to commit murder 1 for that crime. In addition to the shooting of the above-mentioned witness, the defendant also directed his brother to threaten another witness who has cooperated in the murder case against him. We currently have that witness in a hotel until he can be relocated.

Ms. ███████ and her husband Kenneth Williams fully cooperated with our office and is essential to the People's case. Ms. ███████ husband has agreed to testify against the Defendant in a public courtroom. He will be forced to reveal his identity and his address. As a result of their cooperation, Ms. ███████ and her family <u>must</u> be relocated. The defendant threatened witnesses throughout the investigation and prosecution. One witness has been shot and is currently recovering and another witness is being protected until he too can be relocated.

Ms. ███████ fears for her safety and the safety of her family. Our office, as well as, the New York City Police Department, have conducted threat assessments in relation to the above case and we have found Ms. ███████ fears to be real, corroborated and credible I respectfully request that you please process this matter as an intimidated witness case.

Please call me at (718)███████ if you have any questions. Thank you for your prompt attention to this matter.

Very truly yours,

Melissa L. Carvajal
Assistant District Attorney