## DECLARATION OF SERVICE

Re:     *Freeman v. City of New York, et. al.*,
          24 CV 1267 (BC)(MMH)

JABBAR COLLINS, hereby declares under the penalty of perjury that the following is true:

On November 14, 2025, I personally served a true copy of Plaintiff's motion to unseal, memorandum of law, and supporting exhibits upon the Kings County Kings County District Attorney's Office, 350 Jay Street, Brooklyn, New York 11201, via email to SIDERZ@brooklynda.org, a business email designed by ADA Zachery Sider for that purpose, and to counsel for the City of New York, Evan Gottstein, egottste@law.nyc.gov, who was additionally served by ECF.

Dated:  November 14, 2025

*Jabbar Collins*
_____

Jabbar Collins