**THE LAW FIRM OF ANDREW M. STENGEL, P.C.**
**11 BROADWAY, SUITE 715**
**NEW YORK, NEW YORK 10004**
**(212) 634-9222  |  ANDREW@STENGELLAW.COM  |  (212) 634-9223 (FAX)**

December 5, 2025

**By ECF**
Hon. Marcia M. Henry
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Freeman v. The City of New York, et al.*  24 CV 1267 (AMD) (MMH)
       *Viera v. The City of New York, et al.* 24 CV 1272 (BC) (MMH)

Dear Judge Henry:

We write to respectfully request leave to file a two-page reply letter to the Kings County District Attorney's opposition, ECF Doc. No. 67, to plaintiff's November 14, 2025, Motion to Unseal KCDA case files concerning three arrests and/or criminal cases of star the prosecution witness in the underlying case, Kenneth Williams.  ECF Doc. No. 66.  (A copy of the proposed reply letter is attached as Exhibit A.)

The KCDA's opposition raises a standing issue, and requests a disposition, which did not have an opportunity to address.  We thank the Court for its consideration.

Respectfully submitted,

Andrew Stengel

Encl.