# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- X

RODGER FREEMAN,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

---------------------------------------------------- X

**FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure and Local Civil Rule 26.3, defendants City, Detective John McDonald, Detective Christopher Obdyke and Officer Miguel Vargas hereby request that plaintiff serve upon the undersigned sworn written answers to each of the interrogatories set forth below and produce the documents requested below at the offices of MURIEL GOODE-TRUFANT, Acting Corporation Counsel of the City of New York, 100 Church Street, New York, New York 10007, within 30 days after service hereof.

**INSTRUCTIONS AND DEFINITIONS**

1. Defendants hereby incorporate the Uniform Definitions in Discovery Requests contained in Local Civil Rule 26.3.

2. The term "Incident" means the facts and circumstances underlying the claims in this action, including without limitation, the incident forming the basis of this action, and any related arrest, confinement and/or prosecution.

3. If the answer to all or any part of an interrogatory is not presently known or available, include a statement to that effect and furnish any information currently known or available, and a description of the source of information that was once known or available that

  

17. For each claim with any insurance carrier (disability or no-fault) for physical, or emotional injuries within the past ten years, complete and produce a signed release for plaintiff's records. A blank form for the release of insurance records is attached.

18. If plaintiff has made any claims for or received any social security benefits within the past ten years, produce a signed release for plaintiff's social security disability benefit records. A blank SSA Form 3288 is attached.

19. If plaintiff has made any claims for or received Medicare benefits within the past 5 years, produce a signed authorization for plaintiff's Medicare records. A blank Medicare release form is attached.

20. If plaintiff has made any claims for or received Medicaid benefits within the past 5 years, produce a signed release for plaintiff's Medicaid records. A blank Medicaid release form is attached.

21. Produce all subpoenas served on any person/entity concerning the Incident, this litigation or plaintiff's injuries or damages that arose from, or were caused or exacerbated by, the Incident, and all documents received in response to any subpoena.

22. Produce all FOIA/FOIL requests served on any person/entity concerning the Incident, and all documents received in response to any such requests.

23. Produce a signed blanket release under Criminal Procedure Law §§ 160.50 and 160.55 permitting defendants to obtain plaintiff's criminal records, and/or, if applicable, a signed blanket release under the Family Court Act § 375.1 permitting defendants to obtain plaintiff's Family Court records. The blanket release forms are attached.[2]

---

[2] This authorization differs from the authorization that may have been provided at the commencement of this litigation in that it is not limited to just documents pertaining to the arrest and/or prosecution that is the subject of this litigation.