**THE LAW FIRM OF ANDREW M. STENGEL, P.C.**
11 BROADWAY, SUITE 715
NEW YORK, NEW YORK 10004
(212) 634-9222   |   ANDREW@STENGELLAW.COM   |   (212) 634-9223 (FAX)

March 5, 2026

**By ECF**
Honorable Marcia M. Henry
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **Request For Extension To File Oppositions**
         *Freeman v. The City of New York, et al.*, 24 CV 1267 (AMD) (MMH)
         *Viera v. The City of New York, et al.*, 24 CV 1272 (BC) (MMH)

Dear Judge Henry:

    I represent the Plaintiffs in the above-referenced 42 U.S.C. § 1983 actions stemming from Plaintiff's wrongful 12-year imprisonment.  This is plaintiffs' first request for an extension, which does not reflect any other deadline in this case.  Defendants consent to the extension requests.

    Accordingly, we respectfully request a brief extension, until Monday, February 9, 2026, to file our oppositions to Defendants' February 25, 2026, motion to consolidate discovery (Freeman ECF Doc. 71; Viera ECF Doc. 43) and February 25, 2026, motion to compel Plaintiffs'' to provide CPL § 160.50 releases for any unrelated, previously sealed records (Freeman ECF Doc. 72, Viera ECF Doc. 44).

    Accordingly, plaintiffs respectfully request that the Court enlarge our time to file our oppositions to February 9, 2026.

Respectfully submitted,

Andrew M. Stengel

cc:     Kavin Thadani (via ECF)
         Assistant Corporation Counsel