# EXHIBIT B



**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Phone: (212) 356-2642
Fax: (212) 356-1148
E-mail: bbraun@law.nyc.gov

March 3, 2026

Andrew M. Stengel, Esq.
The Law Firm of Andrew M. Stengel, P.C.
11 Broadway Suite 715
New York, NY 10004

Re:    <u>Rodger Freeman v. City of New York, et al., 24 CV 1267</u>

Dear Mr. Stengel:

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, you are hereby provided notice that defendants intend to serve the enclosed subpoenas in five (5) business days.

Sincerely yours,

Bernard Braun
Paralegal
Special Federal Litigation Division

Enclosure

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | | |
|---|---|---|
| RODGER FREEMAN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   24 CV 1267 (BMC) (MMH) |
| | ) | |
| THE CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
                    Commissioner of the Pennsylvania State Police
                    1800 Elmerton Avenue, Harrisburg, PA 17110-9758

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

CERTIFIED COPIES of the Criminal Records History ("Rap Sheet") for:
Roger Freeman, a/k/a Rodger Freeman,

| Place: New York City Law Department; Attn: Bernard Braun<br>100 Church Street, 4th Floor<br>New York, NY 10007 | Date and Time:<br><br>04/13/2026 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  3/3/26

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  __Defendants__
City of New York, McDonald, Obdyke and Vargas_____, who issues or requests this subpoena, are:

Kavin Thadani, SC; NYC Law Dept, 100 Church St, NY, NY 10007; kthadani@law.nyc.gov; (212) 356-2351.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| RODGER FREEMAN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  24 CV 1267 (BMC) (MMH) |
| | ) | |
| THE CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        New York State Division of Criminal Justice Services; Alfred E. Smith Building
            80 South Swan Street, ADMIN-SIB, 5th Floor; Albany, NY 12210
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

CERTIFIED COPIES of the Criminal Records History ("Rap Sheet") for:
Roger Freeman, a/k/a Rodger Freeman, DOB 7/13/1986, SSN 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, NYSID 00118967Y.

| Place: New York City Law Department; Attn: Bernard Braun 100 Church Street, 4th Floor New York, NY 10007 | Date and Time: 04/13/2026 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   3/3/26

CLERK OF COURT

                                                                OR        *[signature]*
_____        _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendants
City of New York, McDonald, Obdyke and Vargas                    , who issues or requests this subpoena, are:

Kavin Thadani, SC; NYC Law Dept, 100 Church St, NY, NY 10007; kthadani@law.nyc.gov; (212) 356-2351.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| RODGER FREEMAN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 24 CV 1267 (BMC) (MMH) |
| | ) | |
| THE CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: New York State Department of Corrections and Community Services; Harriman State Campus
1220 Washington Avenue, Building 2; Albany, NY 12226

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: CERTIFIED COPIES of Inmate Records for:
Roger Freeman, · 2005 to Present;
in accordance with the accompanying release.

| Place: New York City Law Department; Attn: Bernard Braun 100 Church Street, 4th Floor New York, NY 10007 | Date and Time: 04/13/2026 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/3/26

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ___Defendants___ City of New York, McDonald, Obdyke and Vargas ___, who issues or requests this subpoena, are:

Kavin Thadani, SC; NYC Law Dept, 100 Church St, NY, NY 10007; kthadani@law.nyc.gov; (212) 356-2351.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| RODGER FREEMAN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   24 CV 1267 (BMC) (MMH) |
| | ) | |
| THE CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      New York State Department of Corrections and Community Services; Harriman State Campus
1220 Washington Avenue, Building 2; Albany, NY 12226

*(Name of person to whom this subpoena is directed)*

    ☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: CERTIFIED COPIES of Medical Records for:
     Roger Freeman, ~~DOB 1/6/1966, SSN 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, NYSID 0547039Y, incarceration~~ - 2005 to Present;
     in accordance with the accompanying release.

| Place: New York City Law Department; Attn: Bernard Braun<br>100 Church Street, 4th Floor<br>New York, NY 10007 | Date and Time:<br><br>         04/13/2026 9:00 am |
|---|---|

    ☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   3/3/26

| CLERK OF COURT | | |
|---|---|---|
| | OR | *K. Thad* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    **Defendants**
City of New York, McDonald, Obdyke and Vargas              , who issues or requests this subpoena, are:
Kavin Thadani, SC; NYC Law Dept, 100 Church St, NY, NY 10007; kthadani@law.nyc.gov; (212) 356-2351.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).