**THE LAW FIRM OF ANDREW M. STENGEL, P.C.**
**11 BROADWAY, SUITE 715**
**NEW YORK, NEW YORK 10004**
**(212) 634-9222  |  ANDREW@STENGELLAW.COM  |  (212) 634-9223 (FAX)**

May 10, 2026

**By ECF**
Honorable Marcia M. Henry
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:   *Freeman v. The City of New York, et al.*  24 CV 1267 (BC) (MMH)
        *Viera v. The City of New York, et al.* 24 CV 1272 (BC) (MMH)

Dear Judge Henry:

      We write to supplement Plaintiffs' April 27, 2026, letter (ECF No. 81) for a pre-motion conference with one additional exhibit due to a material factual misrepresentation.

      We provide this additional exhibit in light of the City of New York's May 4, 2026, letter opposing the request (ECF Doc. 83), where the City misrepresented to the Court that I presented no evidence "to reasonably support the contention that Damian James, James Farmer, Antoinette Williams, Nicole Williams, Dwon Williams or Kenneth Williams were ever police informants."

      By a March 30, 2025, email to Assistant Corporation Counsel Kavin Thadani I specifically informed the City of the basis for our belief that the witnesses were informants:

> "(1) Nicole Williams testified for the prosecution in other cases prior to her cooperation against Freeman and Viera, (2) KCDA records reflect Nicole Williams and her daughter Antoinette Williams appearing at the KCDA in 2008 and meeting with KCDA homicide prosecutors years before the 2011 crime in our clients' cases, and (3) the inexplicable leniency Dwon Williams and Kenneth Williams received, all suggest they were formal or informal informant. Kenneth Williams was arrested shortly after Iverson was killed in 2008 and he was already cooperating with police, but the charges were dropped soon after.  Dwon Williams was a suspect in the attempted murder of Kenneth Williams, but the charges were inexplicably never pursued."

Exhibit A.

While we believe this letter merely corrects the City's material factual misrepresentation to the Court, should the Court deem this letter a reply, we respectfully request that the Court grant leave to file it.  We appreciate the Court's consideration.

Respectfully submitted,

Andrew M. Stengel

cc:    Kavin Thadani
       Assistant Corporation Counsel