**THE LAW FIRM OF ANDREW M. STENGEL, P.C.**
**11 BROADWAY, SUITE 715**
**NEW YORK, NEW YORK 10004**
**(212) 634-9222  |  ANDREW@STENGELLAW.COM  |  (212) 634-9223 (FAX)**

May 28, 2026

**By ECF**
Honorable Marcia M. Henry
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Update Concerning Scheduling Plaintiffs' Deposition**

Dear Judge Henry:

For the sake of completeness, we write to inform the Court that at approximately 1:30 p.m. today the parties met and conferred regarding, among other things, deposition scheduling in the case, and the City agreed that Plaintiffs' depositions would proceed on August 2, 5, and September 2, 2026.   (The depositions were previously scheduled for next week, but due to a host of issues independent of those set forth in our request for a pretrial conference, ECF No. 81, the Plaintiffs were unable to proceed.)

As we informed the City via email yesterday afternoon, which led to this afternoon's phone conference, we are unable to proceed with Plaintiffs' depositions due to Plaintiffs' pending motion as well as ripening disputes with Kings County District Attorney's office over records that are improperly redacted, and a proper search of Assistant District Attorney Melissa Carjaval's cellphone for ESI. I believe that these records as necessary for me to prepare Plaintiffs for their deposition.

Further, Plaintiffs relied on the parties' agreement to adjourn the depositions in scheduling other matters.  The parties reached the agreement to adjourn Plaintiffs' deposition two hours before the Court issued its Order today, at 4:48 pm, providing that the parties shall proceed with Plaintiffs' depositions as scheduled.  As of the time of the Court's order, the depositions were scheduled for August 2, 5, and September 2, 2026.

We thank the Court for its attention in this matter.

Respectfully submitted,

Andrew M. Stengel

cc:    Kavin Thadani (via ECF)