

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
Tel.: (212) 356-2351
Fax: (212) 356-3509

May 29, 2026

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:    <u>Rodger Freeman v. City of New York, et al.</u>, 24 CV 1267 (BMC) (MMH)
              <u>Shamar Viera v. City of New York, et al.</u>, 24 CV 1272 (BMC) (MMH)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above-referenced matters. Our office also represents non-party former ADA Melissa Carvajal for the limited purpose of her deposition.  Defendants and Ms. Carvajal write to respectfully request leave to file their anticipated motion concerning the location of Ms. Carvajal's in-person deposition under seal.  Plaintiffs' counsel consents to this request.

By way of background, on April 9, 2026, Your Honor denied defendants' and Ms. Carvajal's motion requesting that Ms. Carvajal's deposition be taken remotely due to her safety and childcare concerns, as well as the commuting burden.  Your Honor further ordered, *inter alia*, that "[t]he deposition will place at the alternate location proffered by Plaintiffs' counsel" and that "Counsel for Plaintiffs and his staff may not disclose the location of the witness's deposition to Plaintiffs, Plaintiffs' 'associates,' or other similar individuals."  April 9, 2026 Dkt. Entry.

However, as explained in defendants' and Ms. Carvajal's subsequent objection to Your Honor's April 9, 2026 Order, plaintiffs' counsel's alternate location is not suitable given the ease at which the specific deposition location could be determined even absent disclosure by plaintiffs' counsel and his staff because one would only need to conduct a simple Google search of "deposition" or "court reporter" and "Garden City," which location has been publicly docketed (*see* Dkt. No. 77 (Freeman) at 3; Dkt. No. 48 (Viera) at 3), to discover the specific location proposed hy plaintiffs' counsel for Ms. Carvajal's in-person deposition.  *See* Dkt No. 80 (Freeman) at 10 n.4.

1

On April 29, 2026, the Honorable  Brian M. Cogan denied defendants' and Ms. Carvajal's objection to Your Honor's April 9, 2026 Order but further stated that "[i]f Carvajal considers [plaintiffs'] proposed location to . . . be inadequate, she may of course ask Judge Henry to order the deposition take place **wherever Carvajal feels sa[f]e**."  Dkt. No. 82 (Freeman) at 4 n.2 (emphasis added).

While the parties have agreed upon a date for Ms. Carvajal's in-person deposition, they have not agreed upon a location, with plaintiffs' counsel insisting that the deposition take place at the initially proposed Garden City location (or else another court reporting office or the NYC Law Department) and defendants and Ms. Carvajal having proposed an alternate location.  Defendants and Ms. Carvajal respectfully request that they be permitted to file their anticipated motion requesting that Ms. Carvajal's in-person deposition take place at a specific location under seal because, were such a motion to be filed publicly, then the requested location would become readily accessible and obtainable by plaintiffs.  Defendants and Ms. Carvajal respectfully submit that this would run afoul of Your Honor's Order that plaintiffs should not know the location of Ms. Carvajal's in-person deposition.

Accordingly, defendants and Ms. Carvajal respectfully request, with plaintiffs' counsel's consent, leave to file their anticipated motion concerning the location of Ms. Carvajal's in-person deposition under seal.  Defendants and Ms. Carvajal further respectfully request that plaintiffs' counsel be directed to file his anticipated opposition under seal.

Defendants and Ms. Carvajal thank the Court for its consideration.

Respectfully,

/s/ *Kavin Thadani*

Kavin Thadani

cc:    **BY ECF**
       Andrew Stengel
       *Attorney for Plaintiffs Freeman and Viera*

2