

**THE CITY OF NEW YORK**
## LAW DEPARTMENT

<div style="float:left">
**STEVEN BANKS**
*Corporation Counsel*
</div>

100 CHURCH STREET
NEW YORK, N.Y. 10007

<div style="float:right">
**KAVIN THADANI**
*Senior Counsel*
Tel.: (212) 356-2351
Fax: (212) 356-3509
</div>

June 12, 2026

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York

Re:    Rodger Freeman v. City of New York, et al., 24 CV 1267 (BMC) (MMH)
       Shamar Viera v. City of New York, et al., 24 CV 1272 (BMC) (MMH)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above-referenced matters. Our office also represents non-party former ADA Melissa Carvajal for the limited purpose of her deposition. Defendants and Ms. Carvajal write to respectfully request that the Court order that Ms. Carvajal's in-person deposition take place at ███████████████████████████████████████████████████████████. Defendants and Ms. Carvajal further respectfully request that the Court modify its June 12, 2026 Order and direct plaintiffs to file their opposition to this motion by June 23, 2026 (or earlier) so that that there will be sufficient time prior to July 2, 2026 (the date scheduled for Ms. Carvajal's deposition) for the Court to issue a ruling on this motion and, should this motion be granted, to finalize logistics ████████████████████████████████.

By way of background, on April 9, 2026, Your Honor denied defendants' and Ms. Carvajal's motion requesting that Ms. Carvajal's deposition be taken remotely due to her safety and childcare concerns, as well as the commuting burden. Your Honor further ordered, *inter alia*, that "[t]he deposition will place at the alternate location proffered by Plaintiffs' counsel" and that "Counsel for Plaintiffs and his staff may not disclose the location of the witness's deposition to Plaintiffs, Plaintiffs' 'associates,' or other similar individuals." April 9, 2026 Dkt. Entry.[1]

---

[1] Notwithstanding this Order, on June 3, 2026, plaintiffs' counsel filed letters on the public docket revealing that defendants and Ms. Carvajal proposed that Ms. Carvajal's in-person deposition take place at ███████████████████████. *See* Dkt. Nos. 88 (Freeman), 59 (Viera). Plaintiffs' counsel subsequently moved to strike and replace those letters after I spoke with plaintiffs' counsel minutes after his filings and, upon information and belief, plaintiffs' counsel spoke with Your Honor's Chambers. *See* Dkt. Nos. 89 (Freeman), 60 (Viera). Although the letters

1

However, as explained in defendants' and Ms. Carvajal's subsequent objection to Your Honor's April 9, 2026 Order, plaintiffs' counsel's alternate location is not suitable given the ease at which the specific deposition location could be determined even absent disclosure by plaintiffs' counsel and his staff because one would only need to conduct a simple Google search of "deposition" or "court reporter" and "Garden City," which location has been publicly docketed (*see* Dkt. No. 77 (Freeman) at 3; Dkt. No. 48 (Viera) at 3), to discover the specific location proposed hy plaintiffs' counsel for Ms. Carvajal's in-person deposition.  *See* Dkt. No. 80 (Freeman) at 10 n.4.

On April 29, 2026, the Honorable Brian M. Cogan denied defendants' and Ms. Carvajal's objection to Your Honor's April 9, 2026 Order but further stated that "[i]f Carvajal considers [plaintiffs'] proposed location to . . . be inadequate, she may of course ask Judge Henry to order the deposition take place **wherever Carvajal feels sa[f]e**."  Dkt. No. 82 (Freeman) at 4 n.2 (emphasis added).

Less than three hours after receiving Judge Cogan's April 29, 2026 Order, I proposed two dates for Ms. Carvajal's in-person deposition (June 30 and July 2) and further indicated that we were "working on figuring out a suitable location."  I also indicated that "given her childcare and professional obligations, it is extremely difficult for [Ms. Carvajal] to appear in person on other days."[2]  I also subsequently indicated that we could probably start the deposition as early as 9 a.m. and go as late as plaintiffs' counsel would like.  The parties eventually agreed on July 2 at 10 a.m. for Ms. Carvajal's deposition.[3]



After conferring with Ms. Carvajal and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, I informed plaintiffs' counsel that I had secured space at ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for Ms. Carvajal's deposition.  Plaintiffs' counsel first objected to the location somewhat ironically on the grounds that he has "childcare needs that prevent [him] from talking [sic] a deposition ▮▮▮▮▮▮ on July 2" and insisted that the deposition be held at the Garden City location he previously proposed, notwithstanding the ease at which the location could be discovered.  I then informed plaintiffs' counsel that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and further proposed starting the deposition ▮▮▮▮▮▮▮▮, if necessary, in an effort to accommodate his childcare issues.

---

were subsequently marked as "stricken," they were still accessible to the public.  Thus, I then called the EDNY ECF Help Desk to request that plaintiffs' letters not be accessible by the public.

[2]  The Court previously directed the parties to "cooperate to accommodate the witness's scheduling restraints."  April. 9, 2026 Docket Entry.

[3]  On June 3, 2026, plaintiffs stated that "the City has to this day failed to offer or provide any date for the second day of [Ms. Carvajal's] deposition," Dkt. Nos. 89-1 (Freeman), 60-1 (Viera), however, as explained, defendants and Ms. Carvajal did offer two dates – June 30, 2026 and July 2, 2026.  After plaintiffs' counsel indicated that he was not available on June 30, 2026 but could do July 2, 2026, plaintiffs' counsel did not request to schedule a second date.

The parties subsequently met and conferred over the telephone on May 28, 2026. Plaintiffs' counsel offered no additional reason for objecting to the location aside from a blanket refusal to ███████████████████, instead proposing the previously proposed Garden City location or else alternate court reporting offices or the NYC Law Department.

Although, for all of the reasons previously addressed in defendants' and Ms. Carvajal's motion for a remote deposition and subsequent objection, there is no in-person deposition location that Ms. Carvajal would truly feel safe, Ms. Carvajal would feel *somewhat* safe if her deposition were to be held at ████████████████████████████████. Indeed, when I informed Ms. Carvajal of Judge Cogan's April 29, 2026 Order, including his statement that the deposition should take place wherever Ms. Carvajal feels safe, it was Ms. Carvajal who suggested █████████████████, and she indicated no other location, and refused other alternatives I proposed such as the NYC Law Department and various courthouses. I then took steps to secure a location at ████████████████████████. Due to Ms. Carvajal's safety concerns, ██████████████████████

As previously noted, ████████████████████████████████████████████████

Accordingly, defendants and Ms. Carvajal respectfully request that the Court order that Ms. Carvajal's in-person deposition take place at █████████████████████████████████.

Defendants and Ms. Carvajal further respectfully request that the Court modify its June 12, 2026 Order, which, *inter alia*, set a deadline of June 18, 2026 for the filing of this motion and a deadline of June 29, 2026 for the filing of plaintiffs' opposition, and direct plaintiffs to file their opposition to this motion by June 23, 2026 (or earlier) so that that there will be sufficient time prior to July 2, 2026 (the date scheduled for Ms. Carvajal's deposition) for the Court to issue a ruling on this motion and, should this motion be granted, to finalize logistics █████████ ███████████████.[4]

Defendants and Ms. Carvajal thank the Court for its consideration.

---

[4] This proposed modified schedule would still give plaintiffs eleven days to file their opposition as contemplated by the Court's June 12, 2026 Order as defendants and Ms. Carvajal are filing their motion six days before the Court-imposed deadline of June 18, 2026.

Respectfully,

/s/ *Kavin Thadani*

Kavin Thadani

cc:    **BY ECF**
       Andrew Stengel
       *Attorney for Plaintiffs Freeman and Viera*