

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
Tel.: (212) 356-2351
Fax: (212) 356-3509

July 8, 2026

<u>**BY ECF**</u>
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York

      Re:    <u>Rodger Freeman v. City of New York, et al.</u>, 24 CV 1267 (BMC) (MMH)
             <u>Shamar Viera v. City of New York, et al.</u>, 24 CV 1272 (BMC) (MMH)

Your Honor:

      I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above-referenced matters. Pursuant to the Court's April 9, 2026 Order, I write on behalf of the parties to respectfully submit this joint status report.

      On July 2, 2026, former Kings County District Attorney's Office ("KCDA") Assistant District Attorney Melissa Carvajal was deposed. The parties have agreed to continue and complete her deposition on August 5, 2026. The parties were unable to schedule the continuation and completion of Ms. Carvajal's deposition before that date and, therefore, jointly respectfully request that the July 24, 2026 deadline to complete Ms. Carvajal's deposition be extended to August 5, 2026.

      The parties have also tentatively agreed to the following schedule for the remaining depositions:

- Non-party John Rodriguez: August 4, 2026
- Non-party Melissa Carvajal: August 5, 2026
- Plaintiff Freeman: August 10, 2026 and September 8, 2026
- Defendant McDonald: August 31, 2026
- Plaintiff Viera: September 2, 2026
- Defendant Obdyke: September 3, 2026
- Defendant Vargas: September 16, 2026
- Two non-party KCDA paralegals: September 22, 2026

1

Due to various scheduling constraints, the parties were unable to schedule all of these depositions by the current fact discovery deadline of September 4, 2026. Accordingly, the parties jointly respectfully request that the deadline to complete fact discovery be extended from September 4, 2026 to October 2, 2026 and that the deadline to file a joint status report certifying the close of fact discovery be extended from September 11, 2026 to October 9, 2026. Mindful of the Court's directive that "[n]o further extensions will be permitted absent extraordinary circumstances," and in the interest of avoiding any further scheduling delays, the parties do not seek to extend any of the other subsequent deadlines, including, *inter alia*, the December 4, 2026 deadline to complete all discovery and the February 9, 2027 deadline to take the first step in dispositive motion practice.

With respect to document discovery, on July 6, 2026, I alerted plaintiffs' counsel that I need a new release for plaintiff Freeman's federal inmate file because the release previously provided contained only an electronic signature that was rejected. In addition, on July 7, 2026, plaintiffs requested a redaction log concerning certain documents that were produced on September 19, 2025, which defendants will provide.

The parties may have one dispute concerning a question asked during Ms. Carvajal's July 2, 2026 deposition, which plaintiffs intend to raise at the upcoming July 17, 2026 court conference.

The parties thank the Court for its consideration.

Respectfully,

/s/ *Kavin Thadani*

Kavin Thadani

cc:  **BY ECF**
Andrew Stengel
*Attorney for Plaintiffs Freeman and Viera*

2