THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
Tel.: (212) 356-2351
Fax: (212) 356-3509

October 13, 2026

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York

Re: Rodger Freeman v. City of New York, et al., 24 CV 1267 (BMC) (MMH)
Shamar Viera v. City of New York, et al., 24 CV 1272 (BMC) (MMH)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above-referenced matters. Pursuant to the Court's October 7, 2026, Order, I write on behalf of the parties to respectfully submit this joint status report.

The parties certify that fact discovery is now closed with the exception of the following:

- John Rodriguez will respond to the subpoena for his criminal defense file;
- DOC will respond to a subpoena for the "daily record" for Damian James for February 9-12, 2011;
- The parties agree to meet and confer concerning plaintiffs' Seventh Request for Production of Records, which were served on September 2, 2026, and objected and responded to on October 2, 2026, and which seek sections of the NYPD Detective Guide[1];
- Defendants will respond to plaintiffs' First Request to Inspect Evidence and Eighth Request for Production of Records, which was served on September 29, 2026, and which seek detective and police memo books, by October 29, 2026;

---

[1] Plaintiffs reserve the right to request a pre-motion conference if a dispute arises concerning the records sought.

- Defendants will produce plaintiffs' inmate records from DOCCS, DOC and/or BOP, which were requested prior to the close of fact discovery, as they are received; and

- Non-party KCDA will provide DI field logs pursuant to Plaintiffs' subpoena.

The parties thank the Court for its consideration.

Respectfully,

/s/ *Kavin Thadani*

Kavin Thadani

cc: **BY ECF**
Andrew Stengel
*Attorney for Plaintiffs Freeman and Viera*