THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
Tel.: (212) 356-2351
Fax: (212) 356-3509

November 23, 2026

**<u>BY ECF</u>**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York

Re: <u>Rodger Freeman v. City of New York, et al.</u>, 24 CV 1267 (BMC) (MMH)
<u>Shamar Viera v. City of New York, et al.</u>, 24 CV 1272 (BMC) (MMH)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above-referenced matters. Pursuant to the Court's October 7, 2026 Order, I write on behalf of the parties to respectfully submit this joint status report "informing the Court of any outstanding disputes and whether a status conference is necessary."

On October 15, 2026, Mr. Rodriguez produced documents in response to defendants' subpoena for his criminal defense file. However, Mr. Rodriguez did not produce any of his time records, which he testified about at his deposition and which were requested by the defendants' subpoena. Plaintiffs' counsel has contacted Mr. Rodriguez about his time records, which will be produced to defendants if they are located. If the time records cannot be located, Mr. Rodriguez will so advise.

Plaintiffs are currently following up on their subpoena to DOC for the "daily record" for Damian James for February 9-12, 2011. Plaintiffs will produce to defendants whatever they receive from DOC in response to that subpoena.

The parties do not have any outstanding disputes and, therefore, jointly respectfully submit that a status conference is not necessary and request that the status conference scheduled for December 3, 2026 be cancelled.

The parties thank the Court for its consideration.

Respectfully,

/s/ *Kavin Thadani*

Kavin Thadani

cc: **BY ECF**
Andrew Stengel
*Attorney for Plaintiffs Freeman and Viera*